**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:21-cv-02155-APG |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| MARK DAVID GALLOWAY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based on the stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the government's response to Defendant's Opening Brief is due March 23, 2022.

DATED this <u>3rd</u> day of <u>March</u>, 2021.

_____
UNITED STATES DISTRICT JUDGE

3